✎JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**  **U.S. District Court - District of Massachusetts**

**Place of Offense:** **Category No.** I **Investigating Agency** IRS

**City** New Bedford **Related Case Information:**

**County** Bristol
Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number 16-MJ-4138-DHH
Search Warrant Case Number 16-MJ-4137-DHH
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  CARLOS RAFAEL  Juvenile: ☐ Yes ☐ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☐ No

Alias Name _____

Address  (City & State)

Birth date (Yr only): 1952  SSN (last4#): 2017  Sex M  Race: W  Nationality: Portuguese

**Defense Counsel if known:** _____  Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** ANDREW LELLING  Bar Number if applicable 631859

**Interpreter:** ☐ Yes ☑ No  List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested  ☐ Regular Process  ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:** ☑ Complaint  ☐ Information  ☐ Indictment

**Total # of Counts:** ☐ Petty — ☐ Misdemeanor — ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☐ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 2/24/2016  Signature of AUSA: /s/ Andrew Lelling

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant** CARLOS RAFAEL

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Conspiracy | |
| Set 2 | 18 U.S.C. § 1519 | False entries intended to impede and influence matters within federal jurisdiction | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____